**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **FAIRWAY GROUP HOLDINGS CORP.,** | : | **16-11241 (MEW)** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 20-5942788** | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **FAIRWAY GROUP ACQUISITION CO.,** | : | **16-11242 (MEW)** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 20-5942860** | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **FAIRWAY BAKERY LLC,** | : | **16-11243 (MEW)** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 27-3934129** | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **FAIRWAY BROADWAY LLC,** | : | **16-11244 (MEW)** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 20-5948591** | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **FAIRWAY CHELSEA LLC,** | : | **16-11245 (MEW)** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 80-0890288** | : | |

------------------------------------------------------------x

```
------------------------------------------------------------x
In re                                                       :    Chapter 11 Case No.
                                                            :
**FAIRWAY CONSTRUCTION**                                    :
**GROUP, LLC,**                                             :    16-11246 (MEW)
                                                            :
                    Debtor.                                 :
                                                            :
Fed. Tax Id. No. 26-0342741                                 :
------------------------------------------------------------x
In re                                                       :    Chapter 11 Case No.
                                                            :
**FAIRWAY DOUGLASTON LLC,**                                 :    16-11247 (MEW)
                                                            :
                    Debtor.                                 :
                                                            :
Fed. Tax Id. No. 80-0192650                                 :
------------------------------------------------------------x
In re                                                       :    Chapter 11 Case No.
                                                            :
**FAIRWAY EAST 86TH STREET LLC,**                           :    16-11248 (MEW)
                                                            :
                    Debtor.                                 :
                                                            :
Fed. Tax Id. No. 27-3933822                                 :
------------------------------------------------------------x
In re                                                       :    Chapter 11 Case No.
                                                            :
**FAIRWAY ECOMMERCE LLC,**                                  :    16-11249 (MEW)
                                                            :
                    Debtor.                                 :
                                                            :
Fed. Tax Id. No. 27-4563081                                 :
------------------------------------------------------------x
In re                                                       :    Chapter 11 Case No.
                                                            :
**FAIRWAY GEORGETOWNE LLC,**                                :    16-11250 (MEW)
                                                            :
                    Debtor.                                 :
                                                            :
Fed. Tax Id. No. 36-4809609                                 :
------------------------------------------------------------x
```

```
---------------------------------------------------------x
In re                                       :           Chapter 11 Case No.
                                            :
FAIRWAY GREENWICH STREET LLC,               :           16-11251 (MEW)
                                            :
                Debtor.                     :
                                            :
                                            :
Fed. Tax Id. No. 90-1036422                 :
---------------------------------------------------------x
In re                                       :           Chapter 11 Case No.
                                            :
FAIRWAY GROUP CENTRAL                       :
SERVICES LLC,                               :           16-11252 (MEW)
                                            :
                Debtor.                     :
                                            :
                                            :
Fed. Tax Id. No. 20-5957843                 :
---------------------------------------------------------x
In re                                       :           Chapter 11 Case No.
                                            :
FAIRWAY GROUP PLAINVIEW LLC,                :           16-11253 (MEW)
                                            :
                Debtor.                     :
                                            :
                                            :
Fed. Tax Id. No. 20-5948643                 :
---------------------------------------------------------x
In re                                       :           Chapter 11 Case No.
                                            :
FAIRWAY HUDSON YARDS LLC,                   :           16-11254 (MEW)
                                            :
                Debtor.                     :
                                            :
                                            :
Fed. Tax Id. No. 61-1719331                 :
---------------------------------------------------------x
In re                                       :           Chapter 11 Case No.
                                            :
FAIRWAY KIPS BAY LLC,                       :           16-11255 (MEW)
                                            :
                Debtor.                     :
                                            :
                                            :
Fed. Tax Id. No. 32-0360791                 :
---------------------------------------------------------x
```

3

```
-------------------------------------------------------------x
In re                                          :        Chapter 11 Case No.
                                               :
FAIRWAY NANUET LLC,                            :        16-11256 (MEW)
                                               :
              Debtor.                          :
                                               :
                                               :
Fed. Tax Id. No. 80-0839240                    :
-------------------------------------------------------------x
In re                                          :        Chapter 11 Case No.
                                               :
FAIRWAY PARAMUS LLC,                           :        16-11257 (MEW)
                                               :
              Debtor.                          :
                                               :
                                               :
Fed. Tax Id. No. 26-2703338                    :
-------------------------------------------------------------x
In re                                          :        Chapter 11 Case No.
                                               :
FAIRWAY PELHAM LLC,                            :        16-11258 (MEW)
                                               :
              Debtor.                          :
                                               :
                                               :
Fed. Tax Id. No. 26-2173119                    :
-------------------------------------------------------------x
In re                                          :        Chapter 11 Case No.
                                               :
FAIRWAY PELHAM WINES &                         :
SPIRITS LLC,                                   :        16-11259 (MEW)
                                               :
              Debtor.                          :
                                               :
                                               :
Fed. Tax Id. No. 27-2153141                    :
-------------------------------------------------------------x
```

4

| | | |
|---|---|---|
| ---------------------------------------------------------------x | | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **FAIRWAY RED HOOK LLC,** | : | **16-11260 (MEW)** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 20-5948813** | : | |
| ---------------------------------------------------------------x | | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **FAIRWAY STAMFORD LLC,** | : | **16-11261 (MEW)** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 80-0300738** | : | |
| ---------------------------------------------------------------x | | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **FAIRWAY STAMFORD WINES & SPIRITS LLC,** | : | **16-11262 (MEW)** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 27-2153021** | : | |
| ---------------------------------------------------------------x | | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **FAIRWAY STATEN ISLAND LLC,** | : | **16-11263 (MEW)** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 36-4801732** | : | |
| ---------------------------------------------------------------x | | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **FAIRWAY UPTOWN LLC,** | : | **16-11264 (MEW)** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 20-5948719** | : | |
| ---------------------------------------------------------------x | | |

```
-----------------------------------------------------------x
In re                                             :    Chapter 11 Case No.
                                                  :
FAIRWAY WESTBURY LLC,                             :    16-11265 (MEW)
                                                  :
                    Debtor.                       :
                                                  :
Fed. Tax Id. No. 61-1676240                       :
-----------------------------------------------------------x
In re                                             :    Chapter 11 Case No.
                                                  :
FAIRWAY WOODLAND PARK LLC,                        :    16-11266 (MEW)
                                                  :
                    Debtor.                       :
                                                  :
Fed. Tax Id. No. 35-2429544                       :
-----------------------------------------------------------x
```

## ORDER PURSUANT TO FED. R. BANKR. P. 1015(B) <br> DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the chapter 11 petitions of Fairway Group Holdings Corp. and certain of its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), and pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), it is hereby

ORDERED that the Debtors' chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

ORDERED that this Order is for procedural convenience only, and nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' chapter 11 cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| **FAIRWAY GROUP HOLDINGS** : | |
| **CORP.**, *et al.*, : | Case No. 16-11241 (MEW) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

----------------------------------------------------------------x

; and it is further

ORDERED that a docket entry shall be made in the chapter 11 cases of Fairway Group Holdings Corp., Fairway Group Acquisition Co., Fairway Bakery LLC, Fairway Broadway LLC, Fairway Chelsea LLC, Fairway Construction Group, LLC, Fairway Douglaston LLC, Fairway East 86th Street LLC, Fairway Ecommerce LLC, Fairway Georgetowne LLC, Fairway Greenwich Street LLC, Fairway Group Central Services LLC, Fairway Group Plainview LLC, Fairway Hudson Yards LLC, Fairway Kips Bay LLC, Fairway Nanuet LLC, Fairway Paramus LLC, Fairway Pelham LLC, Fairway Pelham Wines & Spirits LLC, Fairway Red Hook LLC, Fairway Stamford LLC, Fairway Stamford Wines & Spirits LLC, Fairway Staten Island LLC, Fairway Uptown LLC, Fairway Westbury LLC, and Fairway Woodland Park LLC substantially as follows:

> An Order has been entered in accordance with rule 1015(b) of the Bankruptcy Rules directing the procedural consolidation and joint administration of the chapter 11 cases of Fairway Group Holdings Corp.; Fairway Group Acquisition Co.; Fairway Bakery LLC; Fairway Broadway LLC; Fairway Chelsea LLC; Fairway Construction Group, LLC; Fairway Douglaston LLC; Fairway East 86th Street LLC; Fairway Ecommerce LLC; Fairway Georgetowne LLC; Fairway Greenwich Street LLC; Fairway Group Central Services LLC; Fairway Group Plainview LLC; Fairway Hudson Yards LLC; Fairway Kips Bay LLC; Fairway Nanuet LLC; Fairway Paramus LLC; Fairway Pelham LLC; Fairway Pelham Wines &

7

Spirits LLC; Fairway Red Hook LLC; Fairway Stamford LLC; Fairway Stamford Wines & Spirits LLC; Fairway Staten Island LLC; Fairway Uptown LLC; Fairway Westbury LLC; and Fairway Woodland Park LLC. **The docket in Case No. 16-11241 (MEW) should be consulted for all matters affecting the case**.

; and it is further

ORDERED that the Debtors may file their monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the Executive Office of the U.S. Trustee (revised November 27, 2013), by consolidating the information required for each Debtor in one report; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: May 3, 2016
      New York, New York

<u>**s/Michael E. Wiles**</u>
UNITED STATES BANKRUPTCY JUDGE